1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
8                   EASTERN DISTRICT OF WASHINGTON
9

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, a national banking association,<br><br>    Plaintiff,<br><br>    v.<br><br>GOLD DIGGER APPLES, INC., a Washington corporation; KERNAN ORCHARDS, Inc., a Washington corporation, CARBON CYCLE CRUSH LLC, a Washington lmited liability company; OROVILLE REMAN & RELOAD, INC., a Washington corporation; and JOHN DOE,<br><br>    Defendants. | NO.  2:16-cv-00165-SAB<br><br>**ORDER STRIKING PLAINTIFF'S MOTION FOR APPOINTMENT OF GENERAL RECEIVER** |

   Before the Court is Plaintiff's Motion for Appointment of General Receiver, ECF No. 4, and accompanying motion to expedite. ECF No. 3. A hearing was scheduled on May 26, 2016 in Spokane, Washington. Shortly before the hearing, a Chapter 7 Notice of Stay was lodged with the Court citing a bankruptcy cause number 16-01783. ECF No. 13. The Court heard from attorneys for both parties and determined, with the information presented, the pending motions could not be

**ORDER STRIKING PLAINTIFF'S MOTION FOR APPOINTMENT OF GENERAL RECEIVER** # 1

heard due to the automatic stay. Accordingly, the Court strikes both pending motions.

    Accordingly**, IT IS HEREBY ORDERED:**

1. Plaintiff's Motion to Expedite, ECF No. 3, is **stricken.**
2. Plaintiff's Motion for Appointment of General Receiver, ECF No. 4, is **stricken**. **IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel.

**DATED** this 27th day of May 2016.



                Stanley A. Bastian
              United States District Judge

**ORDER STRIKING PLAINTIFF'S MOTION FOR APPOINTMENT OF GENERAL RECEIVER** # 2