FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 30, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, a national banking association,<br><br>    Plaintiff,<br><br>    v.<br><br>GOLD DIGGER APPLES, INC., a Washington corporation; KERNAN ORCHARDS, Inc., a Washington corporation, CARBON CYCLE CRUSH LLC, a Washington limited liability company; OROVILLE REMAN & RELOAD, INC., a Washington corporation; and JOHN DOE,<br><br>    Defendants. | NO. 2:16-cv-00165-SAB<br><br><br>**ORDER DISMISSING CASE** |

On September 24, 2019, the Court ordered Plaintiff to show cause why the above-captioned matter should not be dismissed for failure to prosecute. ECF No. 15. Plaintiff responded by informing the Court that this matter has been resolved and, therefore, requests the Court to dismiss this action. ECF No. 16.

//

//

**ORDER DISMISSING CASE ~ 1**

Accordingly, **IT IS HEREBY ORDERED:**

1. The above-captioned matter is **DISMISSED**.

2. Any pending motions are **dismissed as moot**.

3. The trial date and any remaining pretrial deadlines are **stricken**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel and **CLOSE this file**.

**DATED** this 30th day of September 2019.



*Stanley A. Bastian*
Stanley A. Bastian
United States District Judge

**ORDER DISMISSING CASE ~ 2**